# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  APPOINTMENT TO | : | No. 678 |
| | : | |
| COMMITTEE ON RULES OF | : | SUPREME COURT RULES DOCKET |
| | : | |
| EVIDENCE | : | |

# O R D E R

**PER CURIAM:**

AND NOW, this 29th day of October, 2015, Frederick N. Frank, Esquire, Allegheny County, is hereby appointed as a member of the Committee on Rules of Evidence for a term of three years commencing November 2, 2015.